# United States Court of Appeals

for the Seventh Circuit
Chicago, Illinois 60604

October 30, 2003

Hon. JOEL M. FLAUM, Chief Judge

Hon. RICHARD A. POSNER, Circuit Judge

Hon. FRANK H. EASTERBROOK, Circuit Judge

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| | ] | Appeals from the United |
| Plaintiff-Appellee, | ] | States District Court for |
| | ] | the Northern District of |
| | ] | Illinois, Eastern Division. |
| Nos. 02-3134 & 02-3153        v. | ] | |
| | ] | No. 01 CR 108 |
| WILLIAM M. PATTERSON and, | ] | |
| DARYL L. SMITH, | ] | |
| | ] | Elaine E. Bucklo, |
| Defendants-Appellants. | ] | Judge. |

## ORDER

The opinion issued in the above-entitled case on October 22, 2003, is hereby amended as follows:

On Page 3, in the second full paragraph, the first line should read:

On January 19, **2001** Patterson visited Veal at his place...

On Page 4, in the second paragraph, the second line should read:

phone between January 22 and January 31, **2001**, some of...